No. 11–5082. JARVIS *v.* GRADY MANAGEMENT, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–5084. RIOS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–5085. SMITH *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 11–5088. BRIGGS *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 11–5089. BEY, AKA LEWIS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–5091. BERRY *v.* WEST VIRGINIA. Sup. Ct. App. W. Va. Certiorari denied.

No. 11–5092. PECCI *v.* SLOAN, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 11–5093. REDMOND *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–5096. WATFORD *v.* STEVENSON, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 11–5097. WELLINGTON *v.* SEXTON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–5098. TAYLOR, ON BEHALF OF GORDON *v.* LIVINGSTON, EXECUTIVE DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL. C. A. 5th Cir. Certiorari denied.

No. 11–5100. WEST *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 11–5103. MANNING *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 11–5104. KNOX *v.* WORKMAN, WARDEN. C. A. 10th Cir. Certiorari denied.